# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-mj-00140-EPG |
| Plaintiff, | ORDER DIRECTING PARTIES TO FILE BRIEFS SETTING FORTH THE ELEMENTS OF THE OFFENSE |
| v. | |
| JOSIAH PINO, et al., | |
| Defendants. | |

This matter is set for a bench trial before the undersigned on October 22, 2015, at 9:00 a.m., in Courtroom 10.  Defendants are charged with violations of 16 U.S.C. § 668dd(f)(2) and 50 C.F.R. § 26.21(a).

IT IS HEREBY ORDERED that the parties are DIRECTED to file briefs setting forth the elements of the offense by 5:00 p.m. on October 21, 2015.

IT IS SO ORDERED.

Dated:   **October 20, 2015**                    **/s/ Erica P. Grosjean**
UNITED STATES MAGISTRATE JUDGE